■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD TUCCIARONE, Appellant.—Appeal by defendant, as limited by his brief, from a sentence of the Supreme Court, Richmond County, imposed April 5, 1976. Sentence affirmed. We note that we have sent for and examined defendant's

psychiatric and presentence probation reports, and have considered them in reaching our determination. Suozzi, J. P., O'Connor, Gulotta and Cohalan, JJ., concur.